## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Marilyn Starks
                            Plaintiff,

v.                                          Case No.: 1:11−cv−04653
                                            Honorable Edmond E. Chang

Rosenthal, Stein and Associates LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 26, 2012:

      MINUTE entry before Honorable Edmond E. Chang: By agreement of the parties, the date for reinstatement is extended to 03/02/12. If this case has not been reinstated by 03/02/12, the dismissal shall convert to a dismissal with prejudice as of that date.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.